No. 792. GEORGE N. KONSOUTE *v.* PENNSYLVANIA RAIL-ROAD COMPANY. February 21, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Pennsylvania denied. *Mr. J. Thomas Hoffman* for petitioner. *Messrs. Frederic D. McKenney, John S. Flannery,* and *Robert D. Dalzell* for respondent.

No. 795. STATE OF WASHINGTON EX REL. ISADORE R. EDELSTEIN *v.* WILLIAM A. HUNEKE, JUDGE OF THE SUPERIOR COURT OF SPOKANE COUNTY. February 21, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Washington denied. *Messrs. George Turner* and *Richard W. Nuzum* for petitioner. *Mr. S. M. Driver* for respondent.

No. 796. JACOB TELFAIR SMITH *v.* UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION; and

No. 797. CATZ AMERICAN SHIPPING COMPANY, INC. *v.* UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION. February 21, 1927. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. James K. Symmers* and *John C. Prizer* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Farnum,* and *Mr. J. Frank Staley* for respondent.

No. 798. BUCKEYE TRACTION DITCHER COMPANY *v.* AUSTIN MACHINERY COMPANY. February 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Wilber Owen* for petitioner. No appearance for respondent.

No. 800. SOUTHERN INDUSTRIAL INSTITUTE *v.* MRS. BURNHAM S. MARSH ET AL. February 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Daniel MacDougald* for petitioner. *Mr. Robert C. Alston* for respondents.